# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand twenty-six,

Chad S. Johnson,

      Plaintiff - Appellant,

  v.

Sean Comiskey, Shield #1251, Michael Soto, Shield #1156, Sean P. McQuaid, individually and in their official capacities,

      Defendants - Appellees,

Suffolk County Division of Environmental Quality, Suffolk County Police Department, Headquarters, Robert Doyle, Retired Detective Sergeant, County of Suffolk,

      Defendants.

**ORDER**
Docket No. 26-463

A notice of appeal was filed on February 27, 2026. The Appellant's Form C due March 13, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 2, 2026 if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

